No. 12–6370. TRUJILLO *v.* PLOUGHE, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 12–6372. THOMPSON *v.* GONZALEZ, WARDEN. C. A. 9th Cir. Certiorari denied.

No. 12–6376. RUSS *v.* TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied. 

No. 12–6377. ROGERS *v.* KERNS, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 12–6379. LUEVANO *v.* SUPREME COURT OF THE UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 12–6380. SOLIS *v.* CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 12–6381. SHARP *v.* CAIN, WARDEN. C. A. 5th Cir. Certiorari denied.

No. 12–6387. TRAVILLION *v.* DIFENDERFER ET AL. Super. Ct. Pa. Certiorari denied.

No. 12–6392. BYSE *v.* GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 12–6399. O'DIAH *v.* HEREFORD INSURANCE CO. ET AL.; and O'DIAH *v.* PORT AUTHORITY OF NEW YORK AND NEW JERSEY ET AL. C. A. 2d Cir. Certiorari denied.

No. 12–6402. HOFFMAN *v.* FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 12–6404. FREISINGER *v.* KEITH, WARDEN, ET AL. C. A. 10th Cir. Certiorari denied. 

No. 12–6406. JONES *v.* FLORIDA. Sup. Ct. Fla. Certiorari denied.

No. 12–6410. POOLE *v.* FLORIDA. Dist. Ct. App. Fla., 5th Dist. Certiorari denied.